1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI L. HOLLAND and CHRISTOPHER T. HOLLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; BLUE SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY; BLUE CROSS AND BLUE SHIELD ASSOCIATION; and Does 1-10,<br><br>Defendants. | Case No.  3:15-CV-04714<br><br>[~~PROPOSED~~] **ORDER TAKING MATTERS OFF CALENDAR**<br><br><br>Action filed: September 11, 2015 |

1  Having considered the parties' Joint Notice of Settlement, and good cause
2  appearing therefor, IT IS HEREBY ORDERED THA~~T~~:
   except for the case management conference date,
3  All dates ^and deadlines currently set in this matter are vacated. The parties
4  have 30 days to file a notice of dismissal with prejudice.
5  IT IS SO ORDERED.

Dated: 11/30/15

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

Honorable _____
United States Magistrate Judge

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

315592951.1

2

NOTICE OF SETTLEMENT