1  MANATT, PHELPS & PHILLIPS, LLP
   JOHN M. LEBLANC (Bar No. CA 155842)
2  E-mail:  jleblanc@manatt.com
   JOHN T. FOGARTY (Bar No. CA 198119)
3  E-mail:  jfogarty@manatt.com
   11355 West Olympic Boulevard
4  Los Angeles, CA  90064-1614
   Telephone:  (310) 312-4000
5  Facsimile:  (310) 312-4224

6  *Attorneys for Defendants California Physicians'
   Service dba Blue Shield of California, Blue Shield*
7  *of California Life & Health Insurance Company,
   and Blue Cross and Blue Shield Association*

8

                  **IN THE UNITED STATES DISTRICT COURT**
9
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11
   LORI L. HOLLAND and              Case No.  3:15-CV-04714
12 CHRISTOPHER T. HOLLAND,
                                    **STIPULATION AND [PROPOSED]**
13            Plaintiffs,           **ORDER FOR DISMISSAL WITH**
                                    **PREJUDICE**
14        vs.

15 CALIFORNIA PHYSICIANS'
   SERVICE dba BLUE SHIELD OF
16 CALIFORNIA; BLUE SHIELD OF
   CALIFORNIA LIFE & HEALTH
17 INSURANCE COMPANY; BLUE
   CROSS AND BLUE SHIELD
18 ASSOCIATION; and Does 1-10,

19            Defendants.           Action filed: September 11, 2015

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

315837632.1

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE

1    TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF

2    RECORD:

3    IT IS HEREBY STIPULATED by and between Plaintiffs LORI L.

4    HOLLAND and CHRISTOPHER T. HOLLAND and defendants CALIFORNIA

5    PHYSICIANS' SERVICE dba BLUE SHIELD OF CALIFORNIA; BLUE

6    SHIELD OF CALIFORNIA LIFE & HEALTH INSURANCE COMPANY; and

7    BLUE CROSS AND BLUE SHIELD ASSOCIATION (collectively, the "Parties"),

8    through their respective counsel of record, subject to the approval of the Court and

9    pursuant to Federal Rule of Civil Procedure 41(a)(1) and the settlement agreement

10   reached between the Parties that this entire action shall be dismissed with prejudice,

11   and that all Parties shall bear their own attorneys' fees and costs incurred in

12   connection with this action.  This Court shall retain jurisdiction over the Parties and

13   this action for the purpose of enforcing the Parties' settlement agreement.

14

15   Dated:  January 5, 2015          MANATT, PHELPS & PHILLIPS, LLP
                                      John M. LeBlanc
16                                    John T. Fogarty

17                                    By:    /s/  John T. Fogarty
                                          John M. LeBlanc
18                                        John T. Fogarty
                                          *Attorneys for Defendants California*
19                                        *Physicians' Service dba Blue Shield of*
                                          *California, Blue Shield of California Life*
20                                        *& Health Insurance Company, and Blue*
                                          *Cross and Blue Shield Association*

21

22   Dated:  January 5, 2015          CREITZ & SEREBIN LLP

23

24

25                                    By:    /s/  Joseph Creitz
                                          Joseph Creitz
26                                        *Attorneys for Plaintiffs Lori L. Holland and*
                                          *Christopher T. Holland*

27

28

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ John T. Fogarty
John T. Fogarty


**[PROPOSED] ORDER FOR DISMISSAL**

**WITH PREJUDICE**

The Court approves the parties' stipulation and, finding no prejudice, orders that Plaintiffs' claims are dismissed with prejudice, with each party to bear its own attorneys' fees and costs; and that this Court retains jurisdiction to enforce the settlement of this action.


Dated:   January 6, 2016

/s/ Joseph C. Spero
Honorable Joseph C. Spero
United States Magistrate Judge

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

315837632.1

3

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL WITH PREJUDICE